IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 4, 2010 |
| Court Reporter: Janet Coppock | Time: one hour and 4 minutes |
| Probation Officer: Laura Ansart | Interpreter: Marcella Salazar |

**CASE NO. 10-CR-00265-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Robert Brown |
| Plaintiff, | |
| vs. | |
| **ISAEL FLORES-TRINIDAD,** | Kathryn Stimson |
| Defendant. | |

### CONTINUED SENTENCING

**9:07 a.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

Opening remarks by the Court.

**ORDERED:** The Second Addendum to the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Court addresses defendant's objection to the second addendum to the presentence investigation report.

Ms. Stimson advises that the defendant objects to the second addendum to the presentence investigation report.

Comments by Mr. Brown.

Comments by Ms. Stimson.

Court states its findings.

Argument by Ms. Stimson in support of defendant's Motion for Non-Guideline Sentence Pursuant to 18 U.S.C. § 3553(a) (Doc #89), filed 9/10/10 and comments addressing sentencing.

Comments by Mr. Brown addressing sentencing.

Defendant addresses the Court.

Court states its findings.

**ORDERED:** Defendant's Motion for Non-Guideline Sentence Pursuant to 18 U.S.C. § 3553(a) (Doc #89), filed 9/10/10, is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **June 14, 2010** to count **One of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **12** months and **one day**.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

Page Three
10-CR-00265-PAB
October 4, 2010

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Four
10-CR-00265-PAB
October 4, 2010

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**10:11 a.m.    COURT IN RECESS**

**Total in court time:    64 minutes**

**Hearing concluded**